UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FARON PEACOCK,

    Plaintiff,

v.

    CASE NO. 1:17-cv-667

    HON. ROBERT J. JONKER

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

    Defendant.
_____/

## ORDER

On November 8, 2024, the Court issued an order setting a deadline of December 6, 2024, for submission of closing documents (ECF No. 28). The deadline has lapsed with no response and accordingly,

**IT IS ORDERED** this matter is hereby **DISMISSED** without prejudice and without costs.

Dated:   December 12, 2024        /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE