IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FARON PEACOCK
    Plaintiff,

-vs-

PORTFOLIO RECOVERY ASSOCIATES, LLC,
    Defendant.

Case No. 17-00667
Hon. Robert Jonker
Magistrate Judge: Maarten Vermaat

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff Faron Peacock and Defendant Portfolio Recovery Associates, LLC, through their undersigned counsel, that Plaintiff's claims asserted against Defendant in the above-captioned action are hereby dismissed with prejudice with each party to bear its own costs and attorneys' fees.

**FOR PLAINTIFF**
Respectfully Submitted,

By: /s/ *Ian B. Lyngklip*

Ian B. Lyngklip P47173
**LYNGKLIP & ASSOCIATES,
CONSUMER LAW CENTER, PLC**
Attorney for Faron Peacock
13751 W. 11 Mile Road
Oak Park, MI   48237
(248) 208-8864
Ian@ConsumerLawyers.com

**FOR DEFENDANT**
Respectfully Submitted,

s/ *Jennifer Weller*

Jennifer Weller
David M. Schultz
**HINSHAW & CULBERTSON LLP**
151 N. Franklin Street, Suite 2500
Chicago, IL   60601
(312) 704-3000
jweller@hinshawlaw.com

**IT IS SO ORDERED.**

Dated: January 16, 2025

/s/ Robert J. Jonker
HON. ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE

50008\323255730.v1